THE ELMORE AND HAMILTON CONTRACTING COMPANY, Appellant, *v.* THE STATE OF NEW YORK, Defendant.

COUNTY OF ORANGE, Respondent.

*Elmore & Hamilton Contrg. Co.* v. *State of New York*, 133 App. Div. 935, appeal dismissed.

(Submitted October 8, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1909, which affirmed an order of the Court of Claims denying a motion to bring in the respondent County of Orange as a party defendant.

*Hiram C. Todd* and *Edgar T. Brackett* for appellant.

*Joseph W. Gott* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* SAMUEL UNTERMYER et al., Appellants.

*N. Y. C. & H. R. R. R. Co.* v. *Untermyer*, 133 App. Div. 146, affirmed.

(Argued October 8, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1909, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings.

*Louis Marshall* for appellants.

*John F. Brennan* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.